(CTx), CLOSED, DISCOVERY, MANADR, TRANSFERRED

**JUDGE SWEET**

# 07 CV 10941

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:05-cv-06740-ABC-CT

Patricia Davis Raynes v. Marvin Davis et al
Assigned to: Judge Audrey B. Collins
Referred to: Magistrate Judge Carolyn Turchin
Cause: 28:1332 Diversity-Fraud

Date Filed: 09/13/2005
Date Terminated: 11/19/2007
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

### Plaintiff

**Patricia Davis Raynes**
*individually and on behalf of the*
*Patricia Davis Raynes Revocable Trust*

represented by **David W Shapiro**
Boies Schiller & Flexner
1999 Harrison Street, Suite 900
Oakland, CA 94612
510-874-1000
Email: dshapiro@bsfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred Norton**
Boies Schiller and Flexner
1999 Harrison Street, Suite 900
Oakland, CA 94612
510-874-1007
Email: fnorton@bsfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



I hereby attest and certify on 11/21/07
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

### Movant

**Gerald S Gray**

V.

### Defendant

**Marvin Davis**
*TERMINATED: 06/05/2007*

### Defendant

**Barbara Davis**
*individually and as trustee of the*
*Marvin and Barbara Davis Revocable*
*Trust*
*TERMINATED: 06/05/2007*

represented by **Kevin J Leichter**
Christensen Clase Fink Jacobs Weil and
Shapiro
10250 Constellation Blvd, 19th Fl
Los Angeles, CA 90067

A CERTIFIED COPY
J. MICHAEL McMAHON    CLERK

DEPUTY CLERK

310-553-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**John Davis**
*individually and as trustee of the John*
*Davis Revocable Trust*
*TERMINATED: 03/13/2007*

represented by **Jason D Russell**
Skadden Arps Slate Meagher & Flom
300 S Grand Ave, Ste 3400
Los Angeles, CA 90071-3144
213-687-5000
Email: jrussell@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Gregg Davis**
*individually and as trustee of the Gregg*
*Davis Revocable Trust*
*TERMINATED: 06/05/2007*

represented by **Byron T Ball**
Ball Law Firm
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024
310-446-6148
Email: btb@balllawllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J Dobrowski**
Paul J Dobrowski Law Offices
1010 Lamar Ste 1350
Houston, TX 77002
713-659-2900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M Marcella**
Gibson Dunn & Crutcher
333 S Grand Ave, 45th Fl
Los Angeles, CA 90071-3197
213-229-7000
*TERMINATED: 12/20/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Nancy Sue Davis**
*individually and as trustee of the Nancy*
*Sue Davis Revocable Trust*
*TERMINATED: 01/05/2007*

## Defendant

**Dana Leigh Davis**
*individualy and as trustee of the Dana*

*Leigh Davis Revocable Trust*
*TERMINATED: 01/05/2007*

**Defendant**

**Leonard Silverstein**                    represented by **Peter J Kennedy**
Reed Smith Crosby & Heafey
355 S Grand Ave, Ste 2900
Los Angeles, CA 90071
213-457-8000
Email: pkennedy@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Buchanan Ingersoll PC**                  represented by **Peter J Kennedy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth R Kilroy**                       represented by **Donald L Zachary**
Fox Spillane and Shaeffer
1880 Century Park East
Suite 1004
Los Angeles, CA 90067
310-229-9300
Email: dzachary@foxspillane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerard P Fox**
Liner Yankelevitz Sunshine and
Regenstreif
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
310-500-3500
Email: gfox@linerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Raul Perez**
Liner Yankelevitz Sunshine and
Regenstreif
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
310-500-3500
Email: rperez@linerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Grace Barragato-Drulias**
*TERMINATED: 06/05/2007*

**Defendant**

**Davis Companies**
*a California corporation*
*TERMINATED: 06/05/2007*

**Defendant**

**Davis Oil Company**
*a Colorado partnership*
*TERMINATED: 06/05/2007*

**Defendant**

**SCVP LLC**
*a Calfiornia limited liability company*
*TERMINATED: 01/05/2007*

represented by **Ben D Whitwell**
Venable
202 N Canon Dr, 2nd Fl
Beverly Hill, CA 90201
310-887-4420
Email: bwhitwell@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1-100*

**Defendant**

**Davis Petroleum Corporation**
*a Delaware corporation, nominal*
*defendant*
*TERMINATED: 03/12/2007*

represented by **Marc F Feinstein**
O'Melveny & Myers
400 S Hope St, 15th Fl
Los Angeles, CA 90071-2899
213-430-6000
Email: mfeinstein@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Byron T Ball**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen I Goorvitch**
AUSA
Criminal Division
312 N Spring Street, 12th Floor
Los Angeles, CA 90012
213-894-2476
Email: usacac.criminal@usdoj.gov

*TERMINATED: 06/08/2007*

**Trustee**

**Albert Conly**
*the liquidating trustee for the Davis*
*Petroleum Corporation Liquidating*
*Trust*

represented by **J Micheal Bell**
Thomas and Knight
333 Clay Street, Ste 3300
Houston, TX 77002
713-654-8111
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rhett G Campbell**
Thompson and Knight
33 Clay Street Ste 3300
Houston, TX 77002
713-654-8111
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L Paddock**
Thompson and Knight
333 Clay Street, Ste 3300
Houston, CA 77002
713-654-8111
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2005 | 1 | COMPLAINT against defendants Dana Leigh Davis, Leonard Silverstein, Buchanan Ingersoll PC, Kenneth R Kilroy, Grace Barragato-Drulias, Davis Companies, Davis Oil Company, SCVP LLC, Davis Petroleum Corporation, Marvin Davis, Barbara Davis, John Davis, Gregg Davis, Nancy Sue Davis.(Filing fee $ 250) Jury Demanded. filed by plaintiff Patricia Davis Raynes.(rrey, ) (Entered: 09/19/2005) |
| 09/13/2005 |  | 20 Day Summons Issued re Complaint - (Discovery)[1] as to Dana Leigh Davis, Leonard Silverstein, Buchanan Ingersoll PC, Kenneth R Kilroy, Grace Barragato-Drulias, Davis Companies, Davis Oil Company, SCVP LLC, Davis Petroleum Corporation, Marvin Davis, Barbara Davis, John Davis, Gregg Davis, Nancy Sue Davis. (rrey, ) (Entered: 09/19/2005) |
| 09/13/2005 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Patricia Davis Raynes. (rrey, ) (Entered: 09/19/2005) |
| 09/13/2005 | 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed.(rrey, ) (Entered: 09/19/2005) |
| 09/13/2005 |  | FAX number for Attorney Fred Norton, David W Shapiro is 510-874-1460. (rrey, ) (Entered: 09/19/2005) |

| 09/28/2005 | 4 | MINUTES: Plaintiff is Ordered to Show Cause in writing not later than 10/18/05, why this court should not dismiss this action for lack of subject-matter jurisdiction. Judge Audrey B. Collins.Court Reporter: None present. (bp, ) (Entered: 09/28/2005) |
|---|---|---|
| 10/18/2005 | 5 | FIRST AMENDED COMPLAINT against Defendant Dana Leigh Davis, Leonard Silverstein, Buchanan Ingersoll PC, Kenneth R Kilroy, Grace Barragato-Drulias, Davis Companies, Davis Oil Company, SCVP LLC, Davis Petroleum Corporation, Marvin Davis, Barbara Davis, John Davis, Gregg Davis, Nancy Sue Davis amending Complaint - (Discovery), Complaint - (Discovery)[1] ,filed by Plaintiff Patricia Davis Raynes (yl, ) (Entered: 10/26/2005) |
| 10/28/2005 | 6 | NOTICE OF MOTION AND MOTION for Order Compelling Arbitration and Stay Proceedings pending Arbitration; Memorandum of Points and Authorities; Declarations of Kenneth R. Kilroy and Gerard P. Fox filed by defendant Kenneth R Kilroy. Motion set for hearing on 11/21/2005 at 10:00 AM before Honorable Audrey B. Collins. (jp, ) (Entered: 10/31/2005) |
| 10/28/2005 | 7 | PETITION for Order Compelling Arbitration filed by defendant Kenneth R Kilroy. Lodged Proposed Order. (jp, ) (Entered: 10/31/2005) |
| 11/04/2005 | | PLACED IN FILE - NOT USED re proposed order extending time to respond to first amended complaint submitted by defendant Grace Barragato-Drulias. (bp, ) (Entered: 11/15/2005) |
| 11/07/2005 | 11 | DECLARATION of Patricia Davis Raynes in support of opposition to MOTION to Compel Arbitration MOTION to Stay pending Arbitration MOTION to Stay pending Arbitration[6] filed by plaintiffs Patricia Davis Raynes. (bp, ) (Entered: 11/10/2005) |
| 11/07/2005 | 12 | DECLARATION of Fred Norton in support of plaintiff's opposition to MOTION to Compel Arbitration MOTION to Stay pending Arbitration MOTION to Stay pending Arbitration[6] filed by plaintiffs' Patricia Davis Raynes. (bp, ) (Entered: 11/10/2005) |
| 11/07/2005 | 13 | PROOF OF SERVICE filed by plaintiffs Patricia Davis Raynes, re Declaration (Motion related)[11], Declaration (Motion related)[12], was served on 11/7/05. (bp, ) (Entered: 11/10/2005) |
| 11/07/2005 | 14 | OPPOSITION to MOTION to Compel Arbitration MOTION to Stay pending Arbitration MOTION to Stay pending Arbitration[6] filed by plaintiffs' Patricia Davis Raynes. (bp, ) (Entered: 11/10/2005) |
| 11/08/2005 | 8 | MINUTES: On 9/28/05, the court issued an order to show cause in this matter. On 10/10/05, plaintiffs filed a first amended complaint. The first amended complaint addresses the concerns identified in the court's order to show cause. Accordingly, the court hereby DISCHARGES the 9/28/05 order to show cause. Judge Audrey B. Collins : Court Reporter: None present. (bp, ) (Entered: 11/09/2005) |
| 11/08/2005 | 16 | NOTICE of Interested Parties filed by Defendant John Davis. (bp, ) |

| | | |
|---|---:|---|
| | | (Entered: 11/14/2005) |
| 11/08/2005 | 21 | EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to complaint pending ruling on motion to stay filed by defendant John Davis. Lodged proposed order and motion w/joinder. (bp, ) (Entered: 11/14/2005) |
| 11/08/2005 | 22 | DECLARATION of Jason D. Russell in support of EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to complaint pending ruling on motion to stay[21] filed by defendant John Davis. (bp, ) (Entered: 11/14/2005) |
| 11/08/2005 | 23 | NOTICE OF JOINDER IN MOTION to Compel Arbitration MOTION to Stay pending Arbitration MOTION to Stay pending Arbitration[6] filed by defendant John Davis. (bp, ) (Entered: 11/14/2005) |
| 11/08/2005 | 24 | PROOF OF SERVICE filed by defendant John Davis, re EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to complaint pending ruling on motion to stay[21], Declaration (Motion related)[22], Motion Related Document [23], was served on 11/8/05. (bp, ) (Entered: 11/14/2005) |
| 11/09/2005 | 9 | ORDER RE: Scheduling Conference set for 1/23/06 at 10:00 a.m. by Judge Audrey B. Collins.(bp, ) (Entered: 11/09/2005) |
| 11/09/2005 | 10 | MINUTES: Defendant John Davis's motion for order extending time to file response to complaint pending ruling on motion to stay. The court GRANTS the motion and extends the time for defendant Davis to respond to plaintiff's complaint until twenty days after the court issues its order regarding defendant Kilroy's motion for order compelling arbitration and staying all proceedings pending arbitration. Judge Audrey B. Collins : Court Reporter: None present. (bp, ) (Entered: 11/10/2005) |
| 11/09/2005 | 15 | NOTICE of Interested Parties filed by Defendant Gregg Davis. (bp, ) (Entered: 11/14/2005) |
| 11/09/2005 | 17 | EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to plaintiff's complaint filed by defendant Kenneth R Kilroy. Lodged proposed order and proposed motion documents. (bp, ) (Entered: 11/14/2005) |
| 11/09/2005 | 18 | OPPOSITION to EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to plaintiff's complaint[17] filed by plaintiffs' Patricia Davis Raynes. (bp, ) (Entered: 11/14/2005) |
| 11/09/2005 | 19 | DECLARATION of Fred Norton in support of opposition to EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to plaintiff's complaint[17] filed by plaintiff Patricia Davis Raynes. (bp, ) (Entered: 11/14/2005) |
| 11/09/2005 | 20 | PROOF OF SERVICE filed by plaintiff Patricia Davis Raynes, re Response in Opposition to Motion[18], Declaration (Motion related)[19], was served on 11/9/05. (bp, ) (Entered: 11/14/2005) |

| 11/09/2005 | | PLACED IN FILE - NOT USED re ex parte application for order shortening time on proposed motion submitted by defendant Kenneth R Kilroy. (bp, ) (Entered: 11/15/2005) |
|---|---|---|
| 11/09/2005 | 28 | NOTICE OF JOINDER IN EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to complaint pending ruling on motion to stay[21] filed by defendant Gregg Davis. (bp, ) (Entered: 11/15/2005) |
| 11/09/2005 | 29 | NOTICE OF JOINDER IN MOTION to Compel Arbitration MOTION to Stay pending Arbitration MOTION to Stay pending Arbitration[6] filed by defendant Gregg Davis. (bp, ) (Entered: 11/15/2005) |
| 11/09/2005 | 30 | NOTICE OF JOINDER AND JOINDER IN EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to complaint pending ruling on motion to stay[21] filed by defendant Gregg Davis. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | 25 | MINUTES: Pending before the court is defendant/petitioner Kenneth Kilroy's ex parte application for order shortening time on proposed motion extending time to file response to plaintiff's complaint. The ex parte application is hereby DENIED. Judge Audrey B. Collins : Court Reporter: None present. (bp, ) (Entered: 11/14/2005) |
| 11/10/2005 | 26 | NOTICE of Interested Parties filed by Defendant SCVP LLC. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | | PLACED IN FILE - NOT USED re notice of motion for order extending time to file response to complaint submitted by defendant Kenneth R Kilroy. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | | PLACED IN FILE - NOT USED re proposed order granting defendant petitioner Kenneth R. Kilroy's ex parte application for order shortening time submitted by defendant Kenneth R Kilroy. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | | PLACED IN FILE - NOT USED re proposed order granting motion for order extending time to file response to complaint submitted by petitioner Kenneth R Kilroy. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | | PLACED IN FILE - NOT USED re proposed order granting motion for order extending time to file response to complaint submitted by defendant Kenneth R Kilroy. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | | PLACED IN FILE - NOT USED re proposed order granting ex parte application for order shortening time on proposed motion submitted by defendant Kenneth R Kilroy. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | | PLACED IN FILE - NOT USED re motion for order extending time to file response to complaint submitted by defendant Kenneth R Kilroy. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | | PLACED IN FILE - NOT USED re proposed order extending time for response to complaint submitted by defendant Kenneth R Kilroy. (bp, ) |

| | | (Entered: 11/15/2005) |
|---|---|---|
| 11/10/2005 | 27 | JOINDER IN EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to complaint pending ruling on motion to stay[21] filed by defendant SCVP LLC. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | 31 | OPPOSITION to EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to plaintiff's complaint[17] filed by Plaintiffs' Patricia Davis Raynes. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | 32 | DECLARATION of Fred Norton in support of opposition to EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to plaintiff's complaint[17] filed by plaintiffs' Patricia Davis Raynes. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | 33 | NOTICE OF JOINDER IN EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to complaint pending ruling on motion to stay[21], EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to plaintiff's complaint[17] filed by defendant Grace Barragato-Drulias. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | 34 | PROOF OF SERVICE filed by plaintiff Patricia Davis Raynes, re Declaration (Motion related)[32], Response in Opposition to Motion[31], was served on 11/10/05. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | 36 | NOTICE of Interested Parties filed by Defendants Leonard Silverstein, Buchanan Ingersoll PC. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | 37 | NOTICE OF JOINDER IN EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to complaint pending ruling on motion to stay[21] filed by defendants' Leonard Silverstein, Buchanan Ingersoll PC. (bp, ) (Entered: 11/15/2005) |
| 11/10/2005 | 39 | JOINDER IN EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to complaint pending ruling on motion to stay[21] filed by defendant Nancy Sue Davis. (bp, ) (Entered: 11/15/2005) |
| 11/14/2005 | 35 | NOTICE of Interested Parties filed by Defendant Kenneth R Kilroy. (bp, ) (Entered: 11/15/2005) |
| 11/14/2005 | 38 | JOINDER IN EX PARTE APPLICATION for Order for shortening time on proposed motion extending time to file response to complaint pending ruling on motion to stay[21] filed by defendant Barbara Davis. (bp, ) (Entered: 11/15/2005) |
| 11/14/2005 | 40 | SUPPLEMENTAL NOTICE OF Interested Parties[36], filed by Defendant Buchanan Ingersoll PC. (bp, ) (Entered: 11/16/2005) |
| 11/14/2005 | 41 | NOTICE of Interested Parties filed by Defendant Barbara Davis. (bp, ) (Entered: 11/16/2005) |

| 11/14/2005 | 42 | REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION to Compel Arbitration MOTION to Stay pending Arbitration MOTION to Stay pending Arbitration[6] filed by defendant Kenneth R Kilroy. (bp, ) (Entered: 11/16/2005) |
|---|---|---|
| 11/14/2005 | | PLACED IN FILE - NOT USED re proposed order extending time to respond to complaint submitted by defendant John Davis. (bp, ) (Entered: 11/16/2005) |
| 11/17/2005 | 43 | STIPULATION AND ORDER by Judge Audrey B. Collins : Continuing MOTION to Compel Arbitration MOTION to Stay pending Arbitration MOTION to Stay pending Arbitration[6]. Motion set for hearing on 1/9/2006 at 10:00 AM before Honorable Audrey B. Collins.(bp, ) (Entered: 11/23/2005) |
| 12/13/2005 | | PLACED IN FILE - NOT USED re proposed order extending time for defendant Gregg Davis response to complaint submitted by defendant Gregg Davis. (bp, ) (Entered: 12/16/2005) |
| 12/13/2005 | | PLACED IN FILE - NOT USED re proposed order shortening itme for hearing on proposed motion for extension of time to respond and Gregg Davis joinder submitted by defendant Gregg Davis. (bp, ) (Entered: 12/16/2005) |
| 12/13/2005 | | PLACED IN FILE - NOT USED re proposed order shortening time for hearing on proposed motion for extension of time to answer submitted by respondent John Davis. (bp, ) (Entered: 12/16/2005) |
| 12/13/2005 | | PLACED IN FILE - NOT USED re proposed notice of motion for order extending time to file response to complaint submitted by defendant John Davis. (bp, ) (Entered: 12/16/2005) |
| 12/13/2005 | | PLACED IN FILE - NOT USED re proposed order extending time to responde to complaint submitted by defendant Nancy Sue Davis. (bp, ) (Entered: 12/16/2005) |
| 12/13/2005 | | PLACED IN FILE - NOT USED re proposed order re joinder of defendant Buchanan Ingersoll PC and Leaonard Silverstein in defendant John Davis' motion for order extending time to file response to complaint submitted by defendants' Buchanan Ingersoll PC. (bp, ) (Entered: 12/16/2005) |
| 12/13/2005 | | PLACED IN FILE - NOT USED re proposed order extending time to respond to complaint submitted by defendant Kenneth R Kilroy. (bp, ) (Entered: 12/16/2005) |
| 12/28/2005 | 44 | STIPULATION for re early meeting of counsel and case management conference filed by plaintiff Patricia Davis Raynes. Lodged proposed order. (bp, ) (Entered: 01/03/2006) |
| 01/03/2006 | 46 | ORDER that the rule 16(b) scheduling conference shall remain on calendar for 1/23/06; that, in lieu of the joint report contemplated by rule 26(f), the parties shall file a joint status report on or before 1/17/06, describing anticipated motion practice and containing such suggestions |

|  |  | for the management of the case as the parties may have, including proposed dates for an early meeting of counsel by Judge Audrey B. Collins,(bp, ) (Entered: 01/09/2006) |
|---|---|---|
| 01/05/2006 | 45 | MINUTES OF IN CHAMBERS ORDER by Judge Audrey B. Collins : continuing hearing on Defendant's MOTION to Compel Arbitration MOTION to Stay pending Arbitration MOTION to Stay pending Arbitration[6], to Monday, 1/23/2006 at 10:00 AM before Judge Audrey B. Collins.Court Reporter: not reported. (da, ) (Entered: 01/05/2006) |
| 01/18/2006 | 47 | Report of Joint Report of counsel for case management conference filed by Plaintiff Patricia Davis Raynes. (bp, ) (Entered: 01/23/2006) |
| 01/20/2006 | 49 | RESPONSE to statement of defendant Barbara Davis and Christensen Miller filed by Plaintiff Patricia Davis Raynes (bp, ) (Entered: 01/25/2006) |
| 01/20/2006 | 50 | PROOF OF SERVICE filed by plaintiffs' Patricia Davis Raynes, re Response (non-motion)[49], was served on 1/20/06. (bp, ) (Entered: 01/25/2006) |
| 01/20/2006 | 51 | STATEMENT regarding purported disqualification filed by Defendant Barbara Davis (bp, ) (Entered: 01/26/2006) |
| 01/20/2006 |  | PLACED IN FILE - NOT USED re proposed order compelling arbitration submitted by defendant Kenneth R Kilroy. (bp, ) (Entered: 02/03/2006) |
| 01/23/2006 | 48 | ORDER: The court GRANTS Mr. Kilroy's motion for order compelling arbitration and staying proceedings. All of the plaintiffs' claims against Mr. Kilroy are STAYED pending arbitration. Likewise, the court STAYS all discovery and non-dipositive motion work in this action as to all other defendants until the arbitration between plaintiffs and Mr. Kilroy is complete. The parties may file dispositive motions and jurisdictional motions as long as any such motions to not require discovery by Judge Audrey B. Collins,(bp, ) (Entered: 01/24/2006) |
| 01/23/2006 | 52 | MINUTES: Defendant's motion to compel arbitration and stay proceedings is granted. The court vacates the scheduling conference. A status report shall be filed no later than 3/20/06. Judge Audrey B. Collins Court Reporter: Katherine Stride. (bp, ) (Entered: 01/26/2006) |
| 01/27/2006 | 53 | CERTIFICATION of Interested Parties filed by Defendant Davis Petroleum Corporation. (bp, ) (Entered: 02/06/2006) |
| 03/20/2006 | 54 | JOINT STATUS REPORT of non-arbitrating defendants' filed by Plaintiff Patricia Davis Raynes. (bp, ) (Entered: 03/21/2006) |
| 03/20/2006 | 55 | JOINT STATUS REPORT filed by Defendant Kenneth R Kilroy. (bp, ) (Entered: 03/21/2006) |
| 06/14/2006 | 56 | NOTICE of change of firm name as follows: Christensen, Miller, Fink, Jacobs, Glaser, Weil & Shapiro, LLP changed its name to Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP, filed by defendant Barbara |

| | | Davis. (bp, ) (Entered: 06/19/2006) |
|---|---|---|
| 06/14/2006 | 57 | NOTICE of change of attorney information as follows: New Firm Name, Christensen, Glasser, Find Jacobs, Weil & Shapiro filed by defendant Barbara Davis. (bp, ) (Entered: 06/19/2006) |
| 06/28/2006 | 62 | NOTICE of Association of Counsel associating attorney Marc F Feinstein on behalf of Defendant Davis Petroleum Corporation. Also requested in pleading that Jack Hardy of the firm not receive any papers or material. Jack Hardy name is not showing on the case. Filed by defendant Davis Petroleum Corporation. (bb, ) (Entered: 07/12/2006) |
| 06/30/2006 | 60 | REQUEST for immediate settlement conference filed by defendant Barbara Davis. (bp, ) (Entered: 07/12/2006) |
| 07/03/2006 | 61 | RESPONSE filed by Plaintiff Patricia Davis Raynes to REQUEST for Order for immediate settlement conference[60] (bp, ) (Entered: 07/12/2006) |
| 07/05/2006 | 59 | RESPONSE to request for immediate settlement conference filed by Defendants Leonard Silverstein, Buchanan Ingersoll PC (bp, ) (Entered: 07/11/2006) |
| 07/06/2006 | 63 | STATEMENT Regarding Mediation filed by Defendant Kenneth R Kilroy (bp, ) (Entered: 07/17/2006) |
| 07/07/2006 | 58 | MINUTES: Request for Immediate Settlement Conference. Pending before the court is a request for immediate settlement conference. The court hereby GRANTS the request. Lead counsel are to contact Judge Tevrizian's judicial assistant, Collis Culbertson. Judge Audrey B. Collins :Court Reporter: None present. (bp, ) (Entered: 07/07/2006) |
| 07/11/2006 | 64 | NOTICE OF FILING BANKRUPTCY filed by Defendant Davis Petroleum Corporation. as to Davis Petroleum, Bankruptcy Court case number 06-20152. (bp, ) (Entered: 07/18/2006) |
| 07/28/2006 | 65 | NOTICE OF MOTION AND MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings filed by plaintiffs' Patricia Davis Raynes. Motion set for hearing on 8/21/2006 at 10:00 AM before Judge Audrey B. Collins. (bp, ) (Entered: 08/08/2006) |
| 07/28/2006 | 66 | MEMORANDUM of points and authorities in Support of MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65] filed by plaintiffs' Patricia Davis Raynes. (bp, ) (Entered: 08/08/2006) |
| 07/28/2006 | 67 | DECLARATION of Fred Norton in support of MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65] filed by plaintiffs' Patricia Davis Raynes. (bp, ) (Entered: 08/08/2006) |
| 07/28/2006 | 68 | PROOF OF SERVICE filed by plaintiffs' Patricia Davis Raynes, re MOTION for Order for compelling compliance with deposition |

| | | |
|---|---:|---|
| | | subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65], Memorandum in Support of Motion[66], Declaration (Motion related)[67], was served on 7/28/06. (bp, ) (Entered: 08/08/2006) |
| 08/01/2006 | 69 | ORDER that plaintiff Patricia Davis Raynes appear at the settlement conference set for this matter on August 10 and August 11, 2006. It is further ordered that respresentatives of all insurers for the parties, including AIG and Houston Casualty, appear at the August 10-11, 2006 settlement conferences with full authority to settle the claims presented by Judge Dickran Tevrizian,(bp, ) (Entered: 08/08/2006) |
| 08/07/2006 | 70 | OPPOSITION to MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65] filed by petitioner Barbara Davis. (bp, ) (Entered: 08/08/2006) |
| 08/07/2006 | 71 | APPENDIX OF NON-FEDERAL AUTHORITIES re MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65] filed by petitioner Barbara Davis. (bp, ) (Entered: 08/08/2006) |
| 08/07/2006 | 72 | OPPOSITION to MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65] filed by defendant John Davis. (bp, ) (Entered: 08/08/2006) |
| 08/07/2006 | 73 | DECLARATION of Jason D. Russell in support of opposition to MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65] filed by defendant John Davis. (bp, ) (Entered: 08/08/2006) |
| 08/07/2006 | 74 | OPPOSITION to MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65] filed by defendant Gregg Davis. (bp, ) (Entered: 08/08/2006) |
| 08/07/2006 | 75 | MEMORANDUM of points and authorities in Opposition to MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65] filed by defendant Grace Barragato-Drulias. (bp, ) (Entered: 08/08/2006) |
| 08/07/2006 | 76 | OPPOSITION to MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65] filed by defendants' Leonard Silverstein, Buchanan Ingersoll PC. (bp, ) (Entered: 08/09/2006) |
| 08/07/2006 | 77 | DECLARATION of Peter J. Kennedy in support of opposition to MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65] filed by defendants' Leonard Silverstein, Buchanan Ingersoll PC. (bp, ) (Entered: 08/09/2006) |
| | | |

| 08/08/2006 | 78 | NOTICE of Change of Firm Name by Ben D Whitwell attorney for Defendant SCVP LLC, changing firm name to Venable LLP. Filed by defendant SCVP LLC (bb, ) (Entered: 08/10/2006) |
|---|---|---|
| 08/08/2006 | 81 | OPPOSITION to plaintiff Patricia Davis Raynes to lift stay of court proceedings filed by defendant Kenneth R Kilroy. (bp, ) (Entered: 08/15/2006) |
| 08/08/2006 | 82 | OPPOSITION to MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65] filed by third-party Gerald S Gray. (bp, ) (Entered: 08/15/2006) |
| 08/10/2006 | 79 | MINUTES OF Settlement Conference held before Judge Dickran Tevrizian : Case does not settle. Discussion continued.Court Reporter: Not reported. (bp, ). (Entered: 08/14/2006) |
| 08/11/2006 | 80 | MINUTES OF Settlement Conference held before Judge Dickran Tevrizian : Case does not settle. Discussion continuing. Settlement proposal awaiting final decision.Court Reporter: None present. (bp, ) (Entered: 08/14/2006) |
| 08/14/2006 | 85 | NOTICE OF ERRATA AND SUPPLEMENTAL DECLARATION of Raphael Cung re: oppositions of defendant KennethR. Kilroy and Third-party Gerald S. Gray to plaintiff Patricia Davis Rayne's re MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65] filed by defendant Kenneth R Kilroy, Gerald S Gray. (bp, ) (Entered: 08/23/2006) |
| 08/14/2006 | 86 | REPLY IN SUPPORT OF MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65] filed by plaintiffs' Patricia Davis Raynes. (bp, ) (Entered: 08/24/2006) |
| 08/14/2006 | 87 | DECLARATION of Michael K. Ng in support of reply in support of MOTION for Order for compelling compliance with deposition subpoenas and subpoena duces tecum in the parallel arbitration proceedings[65] filed by plaintiffs' Patricia Davis Raynes. (bp, ) (Entered: 08/24/2006) |
| 08/14/2006 | 88 | PROOF OF SERVICE filed by plaintiffs' Patricia Davis Raynes, re Declaration (Motion related), Declaration (Motion related)[87], Reply (Motion related)[86], was served on 8/14/06. (bp, ) (Entered: 08/24/2006) |
| 08/14/2006 | 89 | NOTICE of errata and supplemental declaration of Raphael Cung re: oppositions of defendant Kenneth R. Kilroy and third-party Gerald S. Gray to plaintiff Patricia Davis Rayne's motion to compel compliance with subpoenas, or in the alternative, to lift stay filed by third-party witness Kenneth R Kilroy. (bp, ) (Entered: 08/24/2006) |
| 08/14/2006 | 92 | MINUTES: Plaintiff's motion to compel compliance with subpoenas, or alternatively, to motin in all aspects is denied. Judge Audrey B. Collins :Court Reporter: Katherine Stride. (bp, ) (Entered: 08/28/2006) |

| 08/15/2006 | 90 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Audrey B. Collins ORDERING notice of motion submitted by Defendant Kenneth R Kilroy received on 8/14/06 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk.(bp, ) (Entered: 08/24/2006) |
| --- | --- | --- |
| 08/17/2006 | 83 | MINUTES OF Settlement Conference held before Judge Audrey B. Collins : Case does not settle. Discussions continuing.Court Reporter: None present. (bp, ) (Entered: 08/23/2006) |
| 08/17/2006 | 91 | NOTICE of order by arbitrator quashing third-party subpoenas for depositions, in connection with plaintiff Patricia Davis Raynes's filed by defendant Kenneth R Kilroy. (bp, ) (Entered: 08/28/2006) |
| 08/21/2006 | 84 | ORDER: The court DENIES plaintiff's request for an order compelling compliance with deposition subpoena and subpoenas duces tecum, and DENIES plaintiff's request for an order lifting the stay and appointing a special master by Judge Audrey B. Collins, [65] (bp, ) (Entered: 08/23/2006) |
| 08/21/2006 | 93 | MINUTES: Plaintiff's motion to compel compliance with subpoenas, or alternatively, to lift stay. Motion in all aspects is denied. Judge Audrey B. Collins :Court Reporter: Katherine Stride. (bp, ) (Entered: 08/29/2006) |
| 08/28/2006 | 94 | MINUTES OF Settlement Conference held before Judge Audrey B. Collins : Case does not settle. Settlement proposed under consideration.Court Reporter: None present. (bp, ) (Entered: 08/29/2006) |
| 09/06/2006 | 95 | NOTICE of Change of Address by Gerard P Fox attorney for Defendant Kenneth R Kilroy, changing firm's name to Fox Spillane Shaeffer LLP. Filed by defendant Kenneth R Kilroy (ak, ) (Entered: 09/08/2006) |
| 09/11/2006 | 96 | MINUTES OF Settlement Conference held before Judge Audrey B. Collins : Case does not settle. Discussions continuing.Court Reporter: None present. (bp, ) (Entered: 09/12/2006) |
| 09/13/2006 | 97 | MINUTES: OF Settlement Conference held before Judge Audrey B. Collins : Case does not settle. Court sets further settlement conference on: 9/18/06 at 2:00 p.m. Telephone Conference. Judge Audrey B. Collins.Court Reporter: None present. (bp, ) (Entered: 09/15/2006) |
| 09/18/2006 | 98 | MINUTES: Settlement Conference. Case does not settle. Discussion are continuing-settlement offer pending. Judge Dickran Tevrizian :Court Reporter: None present. (bp, ) (Entered: 09/20/2006) |
| 09/28/2006 | 99 | MINUTES OF Scheduling Conference held before Judge Audrey B. Collins. Status Conference only with defendant Silverstein's counsel. Court Reporter: None present. (bp, ) (Entered: 10/02/2006) |
| 11/07/2006 | 100 | APPLICATION for attorney J. Michael Bell to Appear Pro Hac Vice. FEE paid. filed by Trustee Albert Conly. Lodged proposed order. (bp, ) (Entered: 11/09/2006) |
| 11/07/2006 | 101 | APPLICATION for attorney Rhett G. Campbell to Appear Pro Hac Vice. |

| | | |
|---|---|---|
| | | FEE paid. filed by trustee Albert Conly. Lodged proposed order. (bp, ) (Entered: 11/09/2006) |
| 11/07/2006 | 102 | APPLICATION for attorney Robert L. Paddock to Appear Pro Hac Vice. FEE paid. filed by trustee Albert Conly. Lodged proposed order. (bp, ) (Entered: 11/09/2006) |
| 11/08/2006 | 103 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case by J. Micheal Bell as counsel for Trustee Albert Conly, Approved by Judge Audrey B. Collins.(bp, ) (Entered: 11/09/2006) |
| 11/08/2006 | 104 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case by Robert L. Paddock as counsel for Trustee Albert Conly, Approved by Judge Audrey B. Collins.(bp, ) (Entered: 11/09/2006) |
| 11/08/2006 | 105 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case by Rhett G. Campbell as counsel for Trustee Albert Conly, Approved by Judge Audrey B. Collins.(bp, ) (Entered: 11/09/2006) |
| 12/18/2006 | 106 | TRANSCRIPT filed for proceedings held on 01/23/2006. Court Reporter: Katherine M. Stride. (ry, ) (Entered: 12/19/2006) |
| 12/18/2006 | 107 | RECEIPT OF REPORTERS TRANSCRIPT of proceedings for the following dates: 1/23/06 Court Reporter: Katherine Stride. (et) (Entered: 12/19/2006) |
| 12/18/2006 | 109 | REQUEST to Substitute attorney Gregg Davis in place of attorney Gibson, Dun and Crutcher filed by defendant Gregg Davis. Lodged proposed order. (bp, ) (Entered: 12/26/2006) |
| 12/20/2006 | 108 | Substitution of Attorney filed. Substituting attorney Byron T Ball for Gregg Davis in place and stead of attorney Susan M Marcella by Judge Audrey B. Collins.(bp, ) (Entered: 12/26/2006) |
| 12/27/2006 | 110 | NOTICE of entry of order on request for approval of substitution of attorney filed by defendant Gregg Davis. (bp, ) (Entered: 01/03/2007) |
| 01/04/2007 | 115 | NOTICE OF DISMISSAL of defendants Nancy Sue Davis; Dana Leigh Davis; SCVP LLC filed by plaintiff Patricia Davis Raynes pursuant to FRCP 41a(1) (bp, ) (Entered: 01/11/2007) |
| 01/05/2007 | 111 | ANSWER to First Amended Complaint, [5] filed by defendant John Davis.(bp, ) (Entered: 01/08/2007) |
| 01/05/2007 | 112 | NOTICE of filing of answer of John Davis to plaintiffs' first amended complaint filed by defendant John Davis. (bp, ) (Entered: 01/08/2007) |
| 01/05/2007 | 113 | NOTICE OF DISMISSAL filed by plaintiff Patricia Davis Raynes pursuant to FRCP 41a(1) as to Dana Leigh Davis, SCVP LLC, Nancy Sue Davis. (bp, ) (Entered: 01/08/2007) |
| 01/05/2007 | 114 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Audrey B. Collins ORDERING notice of dismissal submitted by Plaintiff Patricia Davis Raynes received on 1/4/06 to be filed and processed; filed date to be the date the document was stamped Received but not Filed |

| | | with the Clerk.(bp, ) (Entered: 01/08/2007) |
|---|---|---|
| 01/25/2007 | 116 | REQUEST for Immediate Settlement Conference filed by plaintiff Patricia Davis Raynes. (bp, ) (Entered: 01/29/2007) |
| 01/25/2007 | 118 | ORDER RE: CONFERENCE by Judge Audrey B. Collins: This matter is set for a Pretrial/Scheduling Conference on 4/16/2007 10:00 AM before Judge Audrey B. Collins.(bp, ) (Entered: 01/30/2007) |
| 01/26/2007 | 117 | RESPONSE filed by Defendant Barbara Davis to REQUEST for Immediate Settlement[116] (bp, ) (Entered: 01/29/2007) |
| 01/29/2007 | 119 | MINUTES OF Settlement Conference held before Judge Audrey B. Collins : Case does not settle.Court Reporter: None present. (bp, ) (Entered: 01/31/2007) |
| 02/08/2007 | 120 | STIPULATION AND ORDER that all claims asserted by Raynes in her complaint, individually and on behalf of the Patricia Davis Raynes Revocable Trust, against Kilroy only, and all claims asserted by Kilroy against Raynes, individually and on behalf of the Patricia Davis Raynes Revocable Trust, in his petition and motion for an order compelling arbitration, jointly are dismissed in their entirety with prejudice by Judge Audrey B. Collins :(bp, ) (Entered: 02/09/2007) |
| 02/09/2007 | 121 | MINUTES before Judge Audrey B. Collins: STATUS CONFERENCE (In Chambers). The Court sets a Status Conference for 3/12/2007 at 10:00 AM. In preparation for the status conference, the parties must submit a joint report for the Court review. The parties are to address at least the following issues (see document for further details.) The Joint Report must be filed by 3/7/2007. IT IS SO ORDERED. Court Reporter: None Present. (jp) (Entered: 02/12/2007) |
| 02/23/2007 | 122 | APPLICATION of Paul J. Dobrowski for Leave to Appear Pro Hac Vice filed by defendant Gregg Davis. Lodged proposed order. (bp, ) (Entered: 02/26/2007) |
| 02/27/2007 | 123 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case by Paul J. Dobrowski as counsel for Defendant Gregg Davis, Approved by Judge Audrey B. Collins.(bp, ) (Entered: 03/02/2007) |
| 03/09/2007 | 128 | JOINT REPORT Rule 26(f) Discovery Plan filed; (bp, ) (Entered: 03/22/2007) |
| 03/12/2007 | 124 | ANSWER to First Amended Complaint, [5] filed by defendants' Davis Petroleum Corporation, Gregg Davis.(bp, ) (Entered: 03/13/2007) |
| 03/12/2007 | 125 | STIPULATION AND ORDER that all claims asserted derivatively on behalf of Davis Petroleum Corporation, a Deleware Corporation (but no other claims asserted by plaintiff in any other capacity), against all defendants are dismissed in their entirety without prejudice; and as a result of the dismissal of such claims, nominal defendant Davis Petroleum Corporation is dismissed without prejudice as a party to this action by Judge Audrey B. Collins :(bp, ) (Entered: 03/13/2007) |

| 03/12/2007 | 127 | MINUTES OF Status Conference held before Judge Audrey B. Collins : At the request of counsel, the action is stayed until 4/23/07. A further status conference is scheduled on 4/23/07, at 10:00 a.m. A joint status report shall be submitted no later than 4/18/07, with courtesy copies delivered directly to chambers. Court Reporter: Katherine Stride. (bp, ) (Entered: 03/15/2007) |
|---|---|---|
| 03/13/2007 | 126 | STIPULATION AND ORDER that all claims asserted by plaintiff against defendant John Davis, individually and in his capacity as trustee of the John Davis Revocable Trust and as a general partner of Davis Oil Company, are dismissed in their entirety with prejudice by Judge Audrey B. Collins :, John Davis terminated.(bp, ) (Entered: 03/15/2007) |
| 04/19/2007 | 129 | MINUTES OF IN CHAMBERS ORDER by Judge Audrey B. Collins rescheduling Status Conference to 4/30/2007 10:00 AM before Judge Audrey B. Collins, in consideration of the ongoing settlement discussions, referred to in the parties joint request to continue.Court Reporter: not reported. (da, ) (Entered: 04/19/2007) |
| 04/19/2007 | 131 | JOINT REPORT AND REQUEST for postponement of status conference filed by defendant Barbara Davis. (bp, ) (Entered: 05/11/2007) |
| 04/25/2007 | 132 | Joint Report of counsel and request for postponement of status conference filed by Plaintiff Patricia Davis Raynes. (bp, ) (Entered: 05/14/2007) |
| 04/26/2007 | 130 | MINUTES OF IN CHAMBERS ORDER by Judge Audrey B. Collins Resetting Hearing as to Status Conference, in consideration of the ongoing settlement discussions, to 5/11/2007 10:00 AM before Judge Audrey B. Collins.Court Reporter: not reported. (da, ) (Entered: 04/26/2007) |
| 04/26/2007 | 133 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Audrey B. Collins ORDERING joint report of counsel and request submitted by Plaintiff Patricia Davis Raynes received on 4/25/07 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk.(bp, ) (Entered: 05/14/2007) |
| 05/10/2007 | 135 | Joint Report filed by Defendant Barbara Davis. (bp, ) (Entered: 05/22/2007) |
| 05/11/2007 | 134 | MINUTES OF Scheduling Conference held before Judge Audrey B. Collins. At the request of counsel, the matter will be rescheduled following submission of Rule 26 report. The Rule 26 conference shall be conducted within 20 days. Answers or responsive motions must be filed within 20 days.Court Reporter: katherine Stride. (bp, ) (Entered: 05/14/2007) |
| 05/31/2007 | 136 | STIPULATION AND ORDER that defendants Buchanan Ingersoll & Rooney PC and Leonard Silverstein shall have until 6/7/07 to file a response to plaintiff's first amended complaint by Judge Audrey B. Collins :(bp) (Entered: 06/04/2007) |

| 06/04/2007 | 137 | STIPULATION AND ORDER that the date for defendants, with the exception of Leonard Silverstein and Buchanan Ingersoll PC, to respond to the complaint is continued to 6/15/07 by Judge Audrey B. Collins :(bp) (Entered: 06/05/2007) |
| 06/04/2007 | 138 | NOTICE of entry of order re continuing date for defendants to respond to first amended complaint filed by defendants' Buchanan Ingersoll PC. (bp) (Entered: 06/07/2007) |
| 06/05/2007 | 139 | NOTICE OF DISMISSAL filed by plaintiff Patricia Davis Raynes pursuant to FRCP 41a(1): The following defendants are dismissed with prejudice from this action: Marvin Davis (including without limitation the Estate of Marvin Davis); Barbara Davis, individually, and as trustee of the Marvin and Barbara Davis Revocable Trust, and as personal representative of the Estate of Marvin Davis; Gregg Davis, individually and as trustee of the Gregg Davis Revocable Trust; Grace Barragato-Drulias; Paul Messenger; The Davis Companies, a California Corporation; and Davis Oil Company, a Colorado Partnership. (bp) (Entered: 06/07/2007) |
| 06/08/2007 | 140 | NOTICE of Change of Attorney Information: Attorney Stephen Goorvitch will no longer receive service of documents from the Clerks Office for the reason indicated in the G-06 Notice.Stephen Goorvitch is no longer attorney of record in this case for the reason indicated in the G-06 Notice.. Filed by defendant Davis Petroleum Corporation (bb) (Entered: 06/12/2007) |
| 07/02/2007 | 142 | Notice of Motion and Motion to Transfer Venue to Southern District of New York filed by Plaintiff Patricia Davis Raynes.Motion set for hearing on 7/23/2007 at 10:00 AM before Judge Audrey B. Collins. (jl) (Entered: 07/16/2007) |
| 07/02/2007 | 143 | Declaration of Fred Norton in Support of Motion to Transfer Venue to Southern District of New York[142] filed by Plaintiff Patricia Davis Raynes. (jl) (Entered: 07/16/2007) |
| 07/02/2007 | 144 | PROOF OF SERVICE filed by Plaintiff Patricia Davis Raynes, re [143], MOTION to Transfer Case to Southern District of New York[142] served on Plaintiff's Motion to Transfer Venue, Declaration of Fred Norton in Support of Plaintiff's Motion to Transfer Venue. (jl) (Entered: 07/16/2007) |
| 07/05/2007 | 141 | STIPULATION AND ORDER by Judge Audrey B. Collins re Continuing Date for Defendants (Leonard Silverstein and Buchanan Ingersoll & Rooney PC), until (20) days Respond to Raynes's First Amended Complaint, [5].(pbap) (Entered: 07/09/2007) |
| 07/09/2007 | 146 | Opposition to MOTION to Transfer Case to Southern District of New York[142] filed by Defendants Leonard Silverstein, Buchanan Ingersoll PC. (jl) (Entered: 07/18/2007) |
| 07/09/2007 | 147 | DECLARATION of Miles M. Cooley In Support of Defendants Leonard Silverstein and Buchanan Ingersoll & Rooney PC's Opposition to |

|  |  | MOTION to Transfer Case to Southern District of New York[142] filed by Defendants Leonard Silverstein, Buchanan Ingersoll PC. (jl) (Entered: 07/18/2007) |
|---|---|---|
| 07/09/2007 | 149 | NOTICE OF LODGING OF APPENDIX OF OUT OF STATE AUTHORITIES IN SUPPORT OF OPPOSITION TO MOTION to Transfer Case to Southern District of New York[142] filed by Defendants Leonard Silverstein, Buchanan Ingersoll PC. (bp) (Entered: 07/26/2007) |
| 07/09/2007 | 150 | NOTICE of entry of order re continuing date for defendants to respond to first amended complaint filed by defendants' Leonard Silverstein, Buchanan Ingersoll PC. (bp) (Entered: 07/26/2007) |
| 07/16/2007 | 148 | REPLY Brief in Support of Motion to Transfer Venue[142] filed by Plaintiff Patricia Davis Raynes. (jl) (Entered: 07/20/2007) |
| 07/16/2007 | 151 | REPLY BRIEF IN SUPPORT OF MOTION to Transfer Case to Southern District of New York[142] filed by Plaintiff Patricia Davis Raynes. (bp) (Entered: 07/26/2007) |
| 07/17/2007 | 145 | In Chambers MINUTES OF Judge Audrey B. Collins RE: MOTION to Transfer Case to Southern District of New York[142] continuing the hearing to Aug. 20, 2007, at 10:00AM, due to Court congestion.Court Reporter: not reported.(da) (Entered: 07/17/2007) |
| 07/20/2007 | 152 | PROOF OF SERVICE of: - see attached list - Motion, Declaration, Ex A to declaration, Ex B to declaration, Ex C to declaration, Ex D to declaration, Ex E to declaration, Ex F to declaration, Ex G to declaration, Ex H to declaration, Ex Service on: Kurt C. Peterson; served on July 2, 2007; filed by plaintiff; Declaration[143], MOTION to Transfer Case to Southern District of New York[142] (ear) (Entered: 08/06/2007) |
| 08/13/2007 | 153 | STIPULATION AND ORDER by Judge Audrey B. Collins : The hearing on plaintiff's Motion to transfer venue be continued to 9/17/2007 at 10:00 AM before Judge Audrey B. Collins.(bp) (Entered: 08/14/2007) |
| 08/15/2007 | 154 | NOTICE of entry of order continuing hearing on Plaintiff's motion to transfer venue filed by Defendants, Buchanan Ingersoll PC and Rooney PC and Leonard Silverstein. (da) (Entered: 08/24/2007) |
| 09/13/2007 | 155 | STIPULATION AND ORDER by Judge Audrey B. Collins: Hearing on Paintiffs Motion to Transfer Venue [142] be continued to 10/1/2007 at 10:00 AM before Judge Audrey B. Collins.(ir) (Entered: 09/14/2007) |
| 09/17/2007 | 156 | NOTICE of Entry of Order Continuing Hearing on Plaintiff's MOTION to Transfer Venue, filed by Defendants Leonard Silverstein, Buchanan Ingersoll PC. (bho) (Entered: 09/24/2007) |
| 09/27/2007 | 157 | MINUTES OF IN CHAMBERS ORDER held before Judge Audrey B. Collins re: MOTION to Transfer Case to Southern District of New York [142], due to Court congestion, the Court hereby continues hearing on the Motion set for hearing to 11/5/2007 at 10:00 AM before Judge Audrey B. Collins.(da) (Entered: 09/27/2007) |
|  |  |  |

| 11/01/2007 | 158 | IN CHAMBERS MINUTES OF Judge Audrey B. Collins RE: MOTION to Transfer Case to Southern District of New York[142], the Court FINDS the motion appropriate for decision without oral argument and VACATES the hearing date of November 5, 2007. The matter is under submission.Court Reporter: not reported.(da) (Entered: 11/01/2007) |
| --- | --- | --- |
| 11/19/2007 | 159 | ORDER by Judge Audrey B. Collins: Court finds that transfer of venue of the Southern District of New York is appropriate in this case. Court therefore GRANTS Defendants Motion to Transfer pursuant to 28 U.S.C. § 1404(a), and ORDERS the clerk to transfer the case from the Central District of California to the Southern District of New York. Original file, certified copy of the transfer order, docket sheet and letter of tranfer sent. (MD JS-6. Case Terminated.), (Made JS-6. Case Terminated.) (ir) (Entered: 11/19/2007) |
| 11/21/2007 | | TRANSMITTAL of documents: All Original document except Order of Transfer which is electronically docketed and transferred, cc Order, Docket Sheet and Letter of Transfer. (ir) (Entered: 11/21/2007) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 11/21/2007 08:15:12 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:05-cv-06740-ABC-CT |
| Billable Pages: | 13 | Cost: | 1.04 |