

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PATRICIA DAVIS RAYNES, individually
and on behalf of the PATRICIA DAVIS
RAYNES REVOCABLE TRUST,

    Plaintiffs,

v.

LEONARD SILVERSTEIN; BUCHANAN
INGERSOLL PC; and DOES 1-100,

x  CASE NO. 07-cv-10941-RWS

:  ECF CASE



x

**STIPULATION AND [PROPOSED] ORDER**
**RE: DISMISSAL PURSUANT F.R.C.P. RULE 41(a)(1)**

**STIPULATION**

WHEREAS, on September 13, 2005, Plaintiff PATRICIA DAVIS RAYNES filed a Complaint individually and on behalf of the PATRICIA DAVIS RAYNES REVOCABLE TRUST, in the Central District of California;

WHEREAS, on July 2, 2007, Plaintiff filed a Motion to Transfer the Action to the Southern District of New York,

WHEREAS, on November 19, 2007, the Honorable Audrey B. Collins of the Central District of California transferred this action, and transfer was accepted by the Southern District of New York on December 4, 2007;

1

WHEREAS, the parties to the transferred action have resolved their dispute;

COMES NOW, IT IS STIPULATED THAT pursuant to F.R.C.P. Rule 41(a)(1), all claims asserted by Plaintiff PATRICIA DAVIS RAYNES, against LEONARD SILVERSTEIN and BUCHANAN INGERSOLL PC are dismissed in its entirety with prejudice.

SO STIPULATED.

Dated: January 3, 2008        BOIES, SCHILLER & FLEXNER LLP

By: _____
Fred Norton
Attorney for Plaintiff
Patricia Davis Raynes

Dated: January 3, 2008        REED SMITH

By: _____
Andrew B. Messite (AM-3748)
Attorneys for Defendants
Leonard Silverstein and
Buchanan Ingersoll PC

### [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: January 8, 2008

_____
Honorable Robert W. Sweet
United States District Court Judge

(PART I)

2